AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARY LOU KILWEIN,

                        v.

WASHINGTON STATE UNIVERSITY,
and THE STATE OF WASHINGTON,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-333-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Washington State University and State of Washington's motion for Summary Judgment (Ct. Rec. 15) is GRANTED.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order, enter judgment for Defendants, forward copies to counsel, and to close this file.

August 29, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer